| | |
|---|---|
| STATE OF ILLINOIS      ) | Armato v. Grounds, *et al.,* |
|                                       ) | Case No. 11-3023 |
| COUNTY OF _____ ) | |

## AFFIDAVIT

I, **Dion Dixon**, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify and if called to testify, would state as follows:

1.      I am currently employed by the Illinois Department of Corrections as the Deputy Chief of Parole, a title that I have held since August 16, 2012.  In February 2010, I was the Supervisor for the Sex Offender Unit.  My duties as supervisor included overseeing the daily activities of parole agents assigned to the unit.

2.      I have read the complaint filed by David Armato in the United States District Court in the Central District of Illinois, Case No. 11-3023, and I am familiar with the allegations made against me.

3.      I had no personal involvement in the determination to violate Mr. Armato's parole at Robinson Correctional Center.  An offender that does not provide an address for a potential host site for electronic home monitoring is automatically determined in violation of his parole at the facility The parole office's only involvement regarding violations at the door is to investigate host sites or potential host sites of sex offenders to determine if they meet the requirements for electronic home monitoring.

4.      My involvement was limited to receiving notification of the violation and completing a violation report and notice of charges.  The violation report and notice of charges are standard forms that are served on an offender prior to his hearing with the Prisoner Review Board.

5.      I possessed no personal knowledge regarding Mr. Armato's sentencing orders when completing the violation report.  I was not aware that the sentencing orders indicated he was not to serve a term of mandatory supervised release.



DEFENDANT'S
EXHIBIT
I
_____

FURTHER AFFIANT SAYETH NOT.

s/ Dion Dixon

DION DIXON

Subscribed and sworn to me
this _10th_ day of _October_, 2012

s/ Diana M. DeSalle

Notary Public

OFFICIAL SEAL
DIANA M. DeSALLE
NOTARY PUBLIC, STATE OF ILLINOIS
COMMISSION EXPIRES 5-18-20

STATE OF ILLINOIS }
COUNTY OF LAKE } ss

IN THE CIRCUIT COURT OF THE NINETEENTH JUDICIAL CIRCUIT
LAKE COUNTY, ILLINOIS

FILED
FEB 10 2010

Circuit Clerk

People of the
State of Illinois

vs.

David Armato

Gen. No. 05 CF 5015
05 CF 1661

Agreed

**ORDER**

It is hereby ordered that:

1) Mr Armato shall receive credit on 05 CF 5015 and 05 CF 1661 for 69 days for time in custody from 12/30/05 (date of offense of 05 CF 5015) through March 6, 2006. Defendant had not previously received this credit. (Defendant receives this in addition to original credit for time served)

2) Mr. Armato was not admonished on the record regarding any term of Mandatory Supervised Release.

3) Mr. Armato's written mittimus shall be amended to include the additional 69 days credit in paragraph (1) and NO term of Mandatory Supervised Release.

4) Mr. Armato shall be released from the Department of Corrections, without a term of MSR, on Friday, May 28, 2010.

Dated at Waukegan, Illinois this
10 day of FEB, 20 10.

ENTER:

s/ Circuit Judge
Judge

ORDER PREPARED BY: CP Haran APD
(Please Print Name and Address)

DEFENDANT'S
EXHIBIT
5

IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID ARMATO,                           )
                                        )
              Plaintiff,                )
                                        )
       vs                               )        Court No.: 11-3023
                                        )
RANDY GROUNDS, MICHELE LITTLEJOHN,)
GLENN JACKSON, and DION DIXON,          )
all in their individual capacities,     )
                                        )
              Defendants.               )

### PLAINTIFF'S ANSWERS TO DEFENDANT GROUNDS' FIRST SET OF INTERROGATORIES TO PLAINTIFF

NOW COMES the Plaintiff, by and through his attorneys, Kupets & DeCaro, and hereby

answers to Defendant Grounds' Interrogatories as follow:

1.     In paragraph 50 of your complaint you contend that Defendant Grounds "enforced and/or

condoned a custom, practice and/or policy of continuing the imprisonment of Mr. Armato."

Identify with specificity all evidence that supports your contention in paragraph 50 that

Defendant Grounds "enforced and/or condoned a custom, practice and/or policy of continuing

the imprisonment of Mr. Armato."

        **RESPONSE:** Objection, Interrogatory calls for a legal conclusion, without waiving said
                  objection and notwithstanding said objection, see Plaintiff's Amended
                  Complaint, Littlejohn deposition, Ground deposition, Jackson deposition,
                  and see all documents plaintiff and defendants have tendered in discovery.

2.     Identify with specificity the specific actions or inactions of each Defendant that you

claim evidences deliberate indifference to plaintiff's Constitutional rights. Include within your

response the dates of the action and attach or refer to the relevant documentation.



**RESPONSE:** See answer to number 1.

3.    Identify with specificity the exact act or omissions of each individual Defendant for which you allege violated the Fourteenth Amendment.

**RESPONSE:** See answer to number 1.

4.    Please identify all evidence within your possession that supports the contention "defendants failed to have a policy or procedure in place to release Mr. Armato on the correct date."

**RESPONSE:** See all depositions and documents identified in number 1 above.

5.    To the extent you allege any action by the Defendants was taken outside the scope of their employment, identify all such action(s) and the dates of said action (s) that are alleged to have been outside the scope of any individual Defendant's employment.

**RESPONSE:** None alleged.  It is alleged that the defendants were acting in the course of their respective employments at all relevant times.

6.    State the full name and address of each person who witnessed or claims to have witnessed the occurrences alleged in the Complaint an specify which occurrences each person witnessed and the date and time of each occurrence.

**RESPONSE:** Plaintiff and defendants.

7.    State the full name and address of each person not named in the above interrogatory that was present or claims to have been present at the alleged occurrences within the complaint immediately before, at the time of. Or immediately after said occurrences.

**RESPONSE:** None other than any individual whose names appear in the 1211 documents provided to plaintiff in discovery and who has been identified during a deposition.

8.    Identify all persons, other than your attorneys, with whom you have discussed any of the

facts upon which your Complaint I based and provide a synopsis of each discussion, including

the date and place where the discussion occurred.

    **RESPONSE:** None.

9.    Pursuant to the Federal Rules of Civil Procedure, provide the name and address of each

witness who will offer testimony and state:

> (a)    The subject matter of which the witness is expected to testify;
> (b)    The conclusions and/or opinions of the witness and the basis therefore including reports of the witness, if any;
> ©)    the qualifications of each witness including a curriculum vitae and/or resume if any;
> (d)    The identity of any written reports of the witness regarding this occurrence; and
> (e)    For each witness indicate whether or not you intend to call this person to testify at trial.

    **RESPONSE:** Plaintiff will testify consistent with his allegations in the amended complaint and consistent with the court documents, prison documents and all other documents tendered between the parties in discovery.  Plaintiff will also testify regarding the damages he incurred as a result of his continued imprisonment.

    Defendants are expected to testify consistent with their deposition testimony, if taken or otherwise consistent with the documents produced in discovery.

10.    State any and all expenses and/or losses you claim as a result of the acts and/or omissions

described in the complain.  As to each expense and/or loss, state the date or dates it was incurred,

the name of the person firm and/or company to whom such amounts are owned, whether the

expense and/or loss in question had been paid and, if so, by whom it was paid, and describe the

reason and/or purpose for each expense and/or loss.

    **RESPONSE:** Plaintiff is seeking damages for compensatory damages, punitive damages, costs, attorney's fees in the amount of $250,000.

11.    Identify any conversation you had with the Defendants that you allege either supports or

forms the basis for your claims against said Defendant.  Include in your response what was said

by each person during the conversation, the date, time, location of said conversation, and the

identity of any person present during said conversation.

> **RESPONSE:** See the discovery documents for conversations between the plaintiff and defendants as documented in those documents.  Plaintiff also had several conversations with Michelle Littlejohn whereby he attempted to gain his freedom.

12.     Have any other suits been filed by you regarding the injuries complained of in the

Complaint.  If so, state the nature of the injuries claimed, the courts, and the captions in which

filed, the years filed, and the titles and docket numbers of the suits.

> **RESPONSE:** No.

13.     Have you ever been convicted of a felony or any crime involving dishonesty?  If so,

provide the following information for each crime:

> (a)     the county and court you were convicted;
> (b)     the case number;
> (c)     whether you plead guilty or were convicted following a trial;
> (d)     the sentence you received for each crime.

> **RESPONSE:** 1.     Lake County, Illinois, 05CF1661, plead guilty, sentenced to 10 years.
> 2.     Lake County, Illinois, 05CF5015, plead guilty, sentenced to 10 years.
> 3.     I do not remember all the details of each of my convictions, however, as I recall, I have been convicted of burglary 3 or 4 times, theft 2 or 3 times and criminal sexual assault 1 time.

14.     Do you seek recovery of any costs you allege to have incurred in maintaining this action,

including - but not limited to - attorney fees and expert witness fees?  If your answer is anything

other than an unqualified "no," itemize and describe in detail each such cost, specifying the

nature and amount of the cost and explaining how you calculated each cost figure.

**RESPONSE:** Court costs in the amount of $350.00, and attorneys fees currently in the amount of $16,500 for 55 hours of work at $300.00 per hour.

15.    Identify with specificity the acts or omissions of each individual Defendant that you allege violated your Fourteenth Amendment rights.  Include in your response the date(s) said action was taken by each individual Defendant.

**RESPONSE:** See plaintiff's amended complaint.

## Verification by Certification

David Armato, under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies he has read the information contained in the attached document and said facts are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

's/ David Armato

David Armato

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Thursday, April 29, 2010 9:06 AM |
| **To:** | Huntley, Edward; Diers, Joel M. |
| **Cc:** | Rose, Joseph W. |
| **Subject:** | FW: Possible Release N91995 David Armato |
| **Importance:** | High |

*FYI*

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 29, 2010 8:06 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Just an update – we received the board order on him – found not a violator.  We will violate him at the door again today.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, April 23, 2010 9:54 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

Michele,

It's my understanding the AG's Office is reviewing the matter. I will contact you when I get a decision. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 23, 2010 7:55 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn

1

DEFENDANT'S
EXHIBIT
L

: 01059

Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 16, 2010 8:00 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this. The PRB heard him this week. Mr. Altoff called me about his situation while he was hearing him. He then called the PRB's attorney to see what to do. The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

2

: 01060

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele

3

: 01061

**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

4

: 01062

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

5

: **01063**

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, May 21, 2010 11:31 AM |
| **To:** | Huntley, Edward |
| **Cc:** | Rose, Joseph W.; Diers, Joel M. |
| **Subject:** | FW: Possible Release N91995 David Armato |

Mr. Huntley,

Has the AG's Office given you a decision on this case yet? This is dating back to February. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, May 21, 2010 8:19 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Checking on this one

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, May 13, 2010 1:49 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 29, 2010 8:06 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Just an update – we received the board order on him – found not a violator.  We will violate him at the door again today.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

1

: 01064

**From:** Jackson, Glenn
**Sent:** Friday, April 23, 2010 9:54 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

Michele,

It's my understanding the AG's Office is reviewing the matter. I will contact you when I get a decision. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 23, 2010 7:55 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 16, 2010 8:00 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his situation while he was hearing him.  He then called the PRB's attorney to see what to do.  The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

2

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

3

: 01066

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM

4

: 01067

**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

5

: 01068

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.


Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

: 01069

## Fanning, Robert

| | |
|---|---|
| **From:** | Huntley, Edward [EDWARD.HUNTLEY@doc.illinois.gov] |
| **Sent:** | Friday, May 21, 2010 12:05 PM |
| **To:** | Jackson, Glenn |
| **Cc:** | Rose, Joseph W.; Williams-Schafer, Alyssa; Diers, Joel M. |
| **Subject:** | RE: Possible Release N91995 David Armato |

Glenn, the AG's Office has declined to pursue a request to the court that the sentencing orders be modified or otherwise move for leave to intervene on behalf of the Department in this case. That being so, I believe we have exhausted the potential alternatives and will have to let Armato go as a discharge. I suppose we should show it as a court-ordered discharge as that is exactly what it is. Let me know if you need anything further. Thanks.

Ed

---

**From:** Jackson, Glenn
**Sent:** Friday, May 21, 2010 11:31 AM
**To:** Huntley, Edward
**Cc:** Rose, Joseph W.; Diers, Joel M.
**Subject:** FW: Possible Release N91995 David Armato

Mr. Huntley,

Has the AG's Office given you a decision on this case yet? This is dating back to February. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, May 21, 2010 8:19 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Checking on this one

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, May 13, 2010 1:49 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center

1

: 01070

Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 29, 2010 8:06 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Just an update – we received the board order on him – found not a violator.  We will violate him at the door again today.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, April 23, 2010 9:54 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

Michele,

It's my understanding the AG's Office is reviewing the matter. I will contact you when l get a decision. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 23, 2010 7:55 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 16, 2010 8:00 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01071

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this. The PRB heard him this week. Mr. Altoff called me about his situation while he was hearing him. He then called the PRB's attorney to see what to do. The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM

3

: 01072

**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele

4

: 01073

**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn

5

: 01074

**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

: 01075

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Tuesday, April 27, 2010 9:09 AM |
| **To:** | Huntley, Edward |
| **Subject:** | RE: Possible Release N91995 David Armato |

Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

-----Original Message-----
From: Huntley, Edward
Sent: Monday, April 26, 2010 9:49 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Glenn, let me touch base with the AG again.  It has been a while since I have heard from them
on this one.  I will keep you posted. Thanks.

Ed

-----Original Message-----
From: "Jackson, Glenn" <GLENN.JACKSON@doc.illinois.gov>
To: "Huntley, Edward" <EDWARD.HUNTLEY@doc.illinois.gov>; "Diers, Joel M."
<JOEL.DIERS@doc.illinois.gov>
Cc: "Rose, Joseph W." <JOSEPH.W.ROSE@doc.illinois.gov>
Sent: 4/23/2010 11:08 AM
Subject: FW: Possible Release N91995 David Armato


Ed,

Has a decision been made on how to proceed with this situation? Michele is sending me weekly
reminders dating back to February. Not to mention, she is documenting all her contacts in the
master file. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

_____

From: Littlejohn, Michele
Sent: Friday, April 23, 2010 7:55 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center

1

: 01076

Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, April 16, 2010 8:00 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Thursday, April 08, 2010 8:36 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his
situation while he was hearing him.   He then called the PRB's attorney to see what to do.
The PRB said to find him not a violator and let DOC handle it but that they thought Armato
had a lawsuit.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, April 02, 2010 8:04 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, March 26, 2010 8:07 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when
they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01077

From: Jackson, Glenn
Sent: Friday, March 19, 2010 10:00 AM
To: Littlejohn, Michele
Subject: RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

From: Littlejohn, Michele
Sent: Friday, March 19, 2010 8:28 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that
will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, March 12, 2010 8:05 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just checking on this one again.   Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, March 05, 2010 8:48 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

3

: 01078

From: Jackson, Glenn
Sent: Friday, February 26, 2010 10:02 AM
To: Littlejohn, Michele
Cc: Huntley, Edward; Diers, Joel M.
Subject: RE: Possible Release N91995 David Armato
Importance: High

M,

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

From: Littlejohn, Michele
Sent: Friday, February 26, 2010 9:47 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't
answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Tuesday, February 23, 2010 2:08 PM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just checking - guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Tuesday, February 23, 2010 8:39 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when
you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

4

: 01079

From: Jackson, Glenn
Sent: Monday, February 22, 2010 4:35 PM
To: Littlejohn, Michele
Subject: RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

From: Littlejohn, Michele
Sent: Monday, February 22, 2010 2:13 PM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato
Importance: High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge
said there was no mention of an msr term given to him previously so there will be no msr term
and they were not clear on the days served so they gave him all of this credit.  The judge
didn't want him to appeal the case and then have to go through it all over again per ASA.  Is
it okay to release him as a discharge - he is sex offender registry?  Should we wait until
tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Monday, February 22, 2010 12:33 PM
To: Jackson, Glenn
Subject: Possible Release N91995 David Armato
Importance: High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be
calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a
pre-release for his release in November, I discovered he was receiving too much credit and we
ended up going with the date of sentence because the jail credit we had was incorrect.  The
new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected
orders on both cases ordering jail credit which ends up giving him more jail credit than he
was getting using the prior jail verification which was incorrect AND they have ordered NO
msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.
I will let you know what the states attorney's office has to say when they call back.  The
inmate was now been brought back in to NRC.

5

: 01080

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

: 01081

**Fanning, Robert**

| | |
|---|---|
| **From:** | Huntley, Edward [EDWARD.HUNTLEY@doc.illinois.gov] |
| **Sent:** | Monday, April 26, 2010 9:49 AM |
| **To:** | Jackson, Glenn |
| **Subject:** | RE: Possible Release N91995 David Armato |

Glenn, let me touch base with the AG again.  It has been a while since I have heard from them on this one.  I will keep you posted. Thanks.

Ed

-----Original Message-----
From: "Jackson, Glenn" <GLENN.JACKSON@doc.illinois.gov>
To: "Huntley, Edward" <EDWARD.HUNTLEY@doc.illinois.gov>; "Diers, Joel M."
<JOEL.DIERS@doc.illinois.gov>
Cc: "Rose, Joseph W." <JOSEPH.W.ROSE@doc.illinois.gov>
Sent: 4/23/2010 11:08 AM
Subject: FW: Possible Release N91995 David Armato


Ed,

Has a decision been made on how to proceed with this situation? Michele is sending me weekly reminders dating back to February. Not to mention, she is documenting all her contacts in the master file. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020


From: Littlejohn, Michele
Sent: Friday, April 23, 2010 7:55 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659


From: Littlejohn, Michele
Sent: Friday, April 16, 2010 8:00 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center

1

: 01082

Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Thursday, April 08, 2010 8:36 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his
situation while he was hearing him.   He then called the PRB's attorney to see what to do.
The PRB said to find him not a violator and let DOC handle it but that they thought Armato
had a lawsuit.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, April 02, 2010 8:04 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Friday, March 26, 2010 8:07 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when
they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Jackson, Glenn
Sent: Friday, March 19, 2010 10:00 AM
To: Littlejohn, Michele
Subject: RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

2

: 01083

From: Littlejohn, Michele
Sent: Friday, March 19, 2010 8:28 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

From: Littlejohn, Michele
Sent: Friday, March 12, 2010 8:05 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

From: Littlejohn, Michele
Sent: Friday, March 05, 2010 8:48 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

From: Jackson, Glenn
Sent: Friday, February 26, 2010 10:02 AM
To: Littlejohn, Michele
Cc: Huntley, Edward; Diers, Joel M.
Subject: RE: Possible Release N91995 David Armato
Importance: High

M,

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer

3

: 01084

Concordia Court
(217) 558-2200 ext. 3020

---

From: Littlejohn, Michele
Sent: Friday, February 26, 2010 9:47 AM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't
answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Tuesday, February 23, 2010 2:08 PM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato

Just checking - guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Littlejohn, Michele
Sent: Tuesday, February 23, 2010 8:39 AM
To: Jackson, Glenn
Subject: RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when
you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

From: Jackson, Glenn
Sent: Monday, February 22, 2010 4:35 PM
To: Littlejohn, Michele
Subject: RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court

4

: 01085

(217) 558-2200 ext. 3020

From: Littlejohn, Michele
Sent: Monday, February 22, 2010 2:13 PM
To: Jackson, Glenn
Subject: FW: Possible Release N91995 David Armato
Importance: High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

From: Littlejohn, Michele
Sent: Monday, February 22, 2010 12:33 PM
To: Jackson, Glenn
Subject: Possible Release N91995 David Armato
Importance: High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect.  The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

: 01086

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, April 23, 2010 11:08 AM |
| **To:** | Huntley, Edward; Diers, Joel M. |
| **Cc:** | Rose, Joseph W. |
| **Subject:** | FW: Possible Release N91995 David Armato |

**Importance:**      High

Ed,

Has a decision been made on how to proceed with this situation? Michele is sending me weekly reminders dating back to February. Not to mention, she is documenting all her contacts in the master file. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

**From:** Littlejohn, Michele
**Sent:** Friday, April 23, 2010 7:55 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

**From:** Littlejohn, Michele
**Sent:** Friday, April 16, 2010 8:00 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his situation while he was hearing him.  He then called the PRB's attorney to see what to do.  The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.

1

: 01087

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01088

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

3

: 01089

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist

4

: 01090

Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.


Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

5

: 01091

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, April 23, 2010 9:54 AM |
| **To:** | Littlejohn, Michele |
| **Subject:** | RE: Possible Release N91995 David Armato |

**Importance:**   High

Michele,

It's my understanding the AG's Office is reviewing the matter. I will contact you when I get a decision. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 23, 2010 7:55 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Is the AG's office still working on this one?  I know there will be a lawsuit coming on it.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 16, 2010 8:00 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his situation while he was hearing him.   He then called the PRB's attorney to see what to do.  The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.

Michele Littlejohn
Office Administrative Specialist

1

: 01092

Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele

2

: 01093

**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

3

: 01094

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

4

: 01095

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.


Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

5

: 01096

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Thursday, April 08, 2010 8:44 AM |
| **To:** | Huntley, Edward; Diers, Joel M. |
| **Cc:** | Rose, Joseph W. |
| **Subject:** | FW: Possible Release N91995 David Armato |

FYI

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Thursday, April 08, 2010 8:36 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder on this.  The PRB heard him this week.  Mr. Altoff called me about his situation while he was hearing him.   He then called the PRB's attorney to see what to do.  The PRB said to find him not a violator and let DOC handle it but that they thought Armato had a lawsuit.                                                                                    •

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

1

: 01097

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele

2

: 01098

**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

3

: 01099

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

4

: 01100

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, April 02, 2010 11:22 AM |
| **To:** | Huntley, Edward |
| **Cc:** | Rose, Joseph W.; Diers, Joel M. |
| **Subject:** | FW: Possible Release N91995 David Armato |

Mr. Huntley,

Offender Armato is scheduled to be heard by the PRB on April 7. This is the case where the judge ordered no msr term and you referred it to the AG's Office. The PRB could decline to here his case because he has no msr. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, April 02, 2010 8:04 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just a reminder.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 26, 2010 8:07 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Also on this, the Prisoner Review Board will be seeing him on his violation on April 7 when they are here.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, March 19, 2010 10:00 AM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer

1

: 01101

Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson

2

Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

3

: 01103

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect.  The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

4

: 01104

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, March 19, 2010 10:00 AM |
| **To:** | Littlejohn, Michele |
| **Subject:** | RE: Possible Release N91995 David Armato |

The AG's Office has been contacted and we are waiting for a response. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 19, 2010 8:28 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

A reminder on this and I wanted to let you know the inmate is filing a grievance on this that will be sent to the ARB.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

1

: 01105

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01106

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center

3

: 01107

Phone: 618-546-5659

4

: 01108

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, March 12, 2010 8:42 AM |
| **To:** | Huntley, Edward |
| **Cc:** | Diers, Joel M. |
| **Subject:** | FW: Possible Release N91995 David Armato |

Mr. Huntley,

This is the case I called and emailed you on. As mentioned before, Joel and Ken (PRB) suggested that the case be referred to the AG's office. Please let me how you wish for us to proceed. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 12, 2010 8:05 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking on this one again.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

*M,*

1

: 01109

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

2

: 01110

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

3

: 01111

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, March 05, 2010 9:12 AM |
| **To:** | Huntley, Edward |
| **Cc:** | Diers, Joel M. |
| **Subject:** | FW: Possible Release N91995 David Armato |

Mr. Huntley,

This is the case I called, emailed and provided you the mittimus on. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, March 05, 2010 8:48 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Hi Glenn:

Just a reminder on this - Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Friday, February 26, 2010 10:02 AM
**To:** Littlejohn, Michele
**Cc:** Huntley, Edward; Diers, Joel M.
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

M,

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

1

: 01112

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave

2

: 01113

him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect.  The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

3

: Ø1114

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Friday, February 26, 2010 10:02 AM |
| **To:** | Littlejohn, Michele |
| **Cc:** | Huntley, Edward; Diers, Joel M. |
| **Subject:** | RE: Possible Release N91995 David Armato |
| | |
| **Importance:** | High |

*M,*

I am still waiting for a response from legal. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Friday, February 26, 2010 9:47 AM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Are still waiting on Legal to say if maybe we should discharge him?  I knew they hadn't answered you on Tuesday.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 2:08 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato

Just checking – guess you haven't heard anymore on this one.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Tuesday, February 23, 2010 8:39 AM
**To:** Jackson, Glenn
**Subject:** RE: Possible Release N91995 David Armato

Good Morning Glenn:  I left a voice mail for you this morning.  Please give me a call when you get in.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center

1

: 01115

Phone: 618-546-5659

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:35 PM
**To:** Littlejohn, Michele
**Subject:** RE: Possible Release N91995 David Armato

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.

Michele Littlejohn

2

: 01116

Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

3

: 01117

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Tuesday, February 23, 2010 9:47 AM |
| **To:** | Huntley, Edward |
| **Subject:** | FW: Possible Release N91995 David Armato |
| | |
| **Importance:** | High |

Mr. Huntley,

The below offender is to be released today. I need directions as to msr him or discharge per the mittimus. If your directions are to msr him, he will be a VAD, since he has no host site. If we follow the order, he will discharge today. Your prompt response to this matter would be greatly appreciated. He is not SVP eligible, but he is a sex offender. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:33 PM
**To:** Diers, Joel M.; Williams-Schafer, Alyssa; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato
**Importance:** High

After speaking with Ken Tupy, PRB Legal, he thinks this case should be challenged too. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Diers, Joel M.
**Sent:** Monday, February 22, 2010 4:19 PM
**To:** Williams-Schafer, Alyssa; Jackson, Glenn; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

Glenn,

The Court in my opinion cannot legally sentence this offender without a term of MSR. Unless we challenge the Order through the AG's office I think we are bound to follow the Order.

Thanks

Joel M. Diers
Legal Services
Concordia
217-558-2200, x 4110

---

**From:** Williams-Schafer, Alyssa

1

: Ø1118

**Sent:** Monday, February 22, 2010 4:14 PM
**To:** Jackson, Glenn; Diers, Joel M.; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

The SVP offenses have discharged and did not run consecutively or concurrently with another offense or parole term.

```
Alyssa Williams-Schafer
Coordinator for Sex Offender Services
Illinois Department of Corrections
1301 Concordia Court
Springfield, IL  62794
217) 558-2200 ext. 6512
```

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:11 PM
**To:** Diers, Joel M.; Huntley, Edward
**Cc:** Williams-Schafer, Alyssa
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Ed/Joel,

I think this is one we need to have a look at before discharging. Our record office just received the order today. Alyssa, please check to see if eligible for SVP review. He has two prior offenses for Agg Crim Asslt. I have a fax copy of the order for your review. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

2

: 01119

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.


Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

: 01120

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Monday, February 22, 2010 4:35 PM |
| **To:** | Littlejohn, Michele |
| **Subject:** | RE: Possible Release N91995 David Armato |

M,

Give me a call in the morning to discuss. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update: I talked with ASA Eric Kalata. He said it was the intent of the court. The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit. The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry? Should we wait until tomorrow? He is still at NRC after his writ. Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone: 618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office. They are supposed to be calling me back. We dealt with this inmate Armato N91995 back in September. When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009. Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term. If I calc it this way, this would have released him in 8/09 and with no msr term. I will let you know what the states attorney's office has to say when they call back. The inmate was now been brought back in to NRC.

Michele Littlejohn

1

: 01121

Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01122

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Monday, February 22, 2010 4:33 PM |
| **To:** | Diers, Joel M.; Williams-Schafer, Alyssa; Huntley, Edward |
| **Subject:** | RE: Possible Release N91995 David Armato |
| | |
| **Importance:** | High |

After speaking with Ken Tupy, PRB Legal, he thinks this case should be challenged too. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Diers, Joel M.
**Sent:** Monday, February 22, 2010 4:19 PM
**To:** Williams-Schafer, Alyssa; Jackson, Glenn; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

Glenn,

The Court in my opinion cannot legally sentence this offender without a term of MSR. Unless we challenge the Order through the AG's office I think we are bound to follow the Order.

Thanks

Joel M. Diers
Legal Services
Concordia
217-558-2200, x 4110

---

**From:** Williams-Schafer, Alyssa
**Sent:** Monday, February 22, 2010 4:14 PM
**To:** Jackson, Glenn; Diers, Joel M.; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

The SVP offenses have discharged and did not run consecutively or concurrently with another offense or parole term.

Alyssa Williams-Schafer
Coordinator for Sex Offender Services
Illinois Department of Corrections
1301 Concordia Court
Springfield, IL  62794
217) 558-2200 ext. 6512

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:11 PM
**To:** Diers, Joel M.; Huntley, Edward
**Cc:** Williams-Schafer, Alyssa
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

1

: 01123

Ed/Joel,

I think this is one we need to have a look at before discharging. Our record office just received the order today. Alyssa, please check to see if eligible for SVP review. He has two prior offenses for Agg Crim Asslt. I have a fax copy of the order for your review. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01124

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Monday, February 22, 2010 4:30 PM |
| **To:** | Williams-Schafer, Alyssa |
| **Subject:** | RE: Possible Release N91995 David Armato |

A,

I know, but I for some reason feel I have to CYA. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Williams-Schafer, Alyssa
**Sent:** Monday, February 22, 2010 4:14 PM
**To:** Jackson, Glenn; Diers, Joel M.; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

The SVP offenses have discharged and did not run consecutively or concurrently with another offense or parole term.

```
Alyssa Williams-Schafer
Coordinator for Sex Offender Services
Illinois Department of Corrections
1301 Concordia Court
Springfield, IL  62794
217) 558-2200 ext. 6512
```

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:11 PM
**To:** Diers, Joel M.; Huntley, Edward
**Cc:** Williams-Schafer, Alyssa
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Ed/Joel,

I think this is one we need to have a look at before discharging. Our record office just received the order today. Alyssa, please check to see if eligible for SVP review. He has two prior offenses for Agg Crim Asslt. I have a fax copy of the order for your review. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn

1

: 01125

**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

_____

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

: 01126

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Monday, February 22, 2010 4:29 PM |
| **To:** | Williams-Schafer, Alyssa |
| **Subject:** | RE: Possible Release N91995 David Armato |

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Williams-Schafer, Alyssa
**Sent:** Monday, February 22, 2010 4:14 PM
**To:** Jackson, Glenn; Diers, Joel M.; Huntley, Edward
**Subject:** RE: Possible Release N91995 David Armato

The SVP offenses have discharged and did not run consecutively or concurrently with another offense or parole term.

```
Alyssa Williams-Schafer
Coordinator for Sex Offender Services
Illinois Department of Corrections
1301 Concordia Court
Springfield, IL  62794
217) 558-2200 ext. 6512
```

---

**From:** Jackson, Glenn
**Sent:** Monday, February 22, 2010 4:11 PM
**To:** Diers, Joel M.; Huntley, Edward
**Cc:** Williams-Schafer, Alyssa
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Ed/Joel,

I think this is one we need to have a look at before discharging. Our record office just received the order today. Alyssa, please check to see if eligible for SVP review. He has two prior offenses for Agg Crim Asslt. I have a fax copy of the order for your review. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

1

: 01127

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA.  Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect.  The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01128

**Fanning, Robert**

| | |
|---|---|
| **From:** | Jackson, Glenn [GLENN.JACKSON@doc.illinois.gov] |
| **Sent:** | Monday, February 22, 2010 4:11 PM |
| **To:** | Diers, Joel M.; Huntley, Edward |
| **Cc:** | Williams-Schafer, Alyssa |
| **Subject:** | FW: Possible Release N91995 David Armato |
| | |
| **Importance:** | High |

Ed/Joel,

I think this is one we need to have a look at before discharging. Our record office just received the order today. Alyssa, please check to see if eligible for SVP review. He has two prior offenses for Agg Crim Asslt. I have a fax copy of the order for your review. Thanks

Glenn M. Jackson
Chief Record Officer
Concordia Court
(217) 558-2200 ext. 3020

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 2:13 PM
**To:** Jackson, Glenn
**Subject:** FW: Possible Release N91995 David Armato
**Importance:** High

Update:  I talked with ASA Eric Kalata.  He said it was the intent of the court.  The judge said there was no mention of an msr term given to him previously so there will be no msr term and they were not clear on the days served so they gave him all of this credit.  The judge didn't want him to appeal the case and then have to go through it all over again per ASA. Is it okay to release him as a discharge – he is sex offender registry?  Should we wait until tomorrow?  He is still at NRC after his writ.  Thanks

Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

---

**From:** Littlejohn, Michele
**Sent:** Monday, February 22, 2010 12:33 PM
**To:** Jackson, Glenn
**Subject:** Possible Release N91995 David Armato
**Importance:** High

Hi Glenn:

I have a call in to the Lake County States Attorney's office.  They are supposed to be calling me back.  We dealt with this inmate Armato N91995 back in September.  When doing a pre-release for his release in November, I discovered he was receiving too much credit and we ended up going with the date of sentence because the jail credit we had was incorrect. The new calc was then going to hold him until 9-6-10.

The inmate was writted to court and has been gone since Dec 2009.  Today I received corrected orders on both cases ordering jail credit which ends up giving him more jail credit than he was getting using the prior jail verification which was incorrect AND they have ordered NO msr term.  If I calc it this way, this would have released him in 8/09 and with no msr

1

: 01129

term.  I will let you know what the states attorney's office has to say when they call back.  The inmate was now been brought back in to NRC.


Michele Littlejohn
Office Administrative Specialist
Robinson Correctional Center
Phone:  618-546-5659

2

: 01130