IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DAVID ARMATO,                              )
                                           )
      Plaintiff,                         )
                                           )
Vs.                                        )     Court No.: 11 CV 3023
                                           )
RANDY GROUNDS, MICHELE LITTLEJOHN,         )
GLENN JACKSON and DION DIXON,              )
                                           )
      Defendants                         )

### ANSWERS TO INTERROGATORIES TO DEFENDANT RANDY GROUNDS

Now comes the Defendant, RANDY GROUNDS, by and through his attorney, Lisa Madigan, Attorney General for the State of Illinois and in response to interrogatories propounded by Plaintiff states as follows:

    1.    State the full name and address of the individual or individuals answering the defendant's Interrogatories.

**ANSWER:** Randy Grounds. Work Address is 13423 E. 1150th Avenue, Robinson, Illinois 62454. Defendant Grounds further responds by stating he consulted with Michelle Littlejohn prior to responding to these interrogatories.

    2.    State the names of each individual responsible for determining the exact date of which Plaintiff was to be released from the Robinson Correctional Center.

**ANSWER:** In the normal course of business, the Executive 2/Records Office Supervisor is responsible for determining release dates. Office Administrative Specialist Michele Littlejohn was temporarily assigned as the Executive 2/Records Office Supervisor during the time frame affected by this suit. However, in this case,


EXHIBIT M

based on information provided by Michele Littlejohn for purposes of responding to this interrogatory, it is my understanding she consulted with Chief Record Office Supervisor Glenn Jackson regarding the Plaintiff. However, I was not present for nor was I aware of any communications between Glenn Jackson and Michele Littlejohn at the time of the allegations.

3. State the name of the individual or individuals that decided to release the Plaintiff from the Robinson Correctional Center on May 21, 2010.

ANSWER: Based on information provided by Michelle Littlejohn for purposes of responding to these interrogatories, it is my understanding is that after consultation with Ed Huntley, Special Litigation Counsel for the Illinois Department of Corrections, Chief Records Office Supervisor Glenn Jackson advised temporarily assigned Executive 2/Record Office Supervisor Michele Littlejohn to release Plaintiff David Armato.

4. State the name of the individual or individuals that decided not to release the Plaintiff from the Robinson Correctional Center prior to May 21, 2010. If a decision not to release the Plaintiff was made on multiple dates, provide the name or names of the decision makers on each occasion.

ANSWER: Based on information provided by Michelle Littlejohn for purposes of responding to these interrogatories, it is my understanding that on February 22, 2010, Chief Records Office Supervisor Glenn Jackson directed that Plaintiff David Armato, who on that date was on a court writ at Stateville Correctional Center, not be released, and that Plaintiff David Armato be violated at the door. Per Chief

Records Office Supervisor Glenn Jackson, Plaintiff David Armato was again violated at the door on April 29, 2010.

5. Are there written policies and/or procedures and/or manuals or any other documentation that provides for how a prisoner's release date is to be calculated? If so, please identify each document and its location.

**ANSWER: The Record Office Procedure Manual and the Administrative Directives regarding sentence calculations are located at the Illinois Department of Corrections, 1301 Concordia Court, Springfield, IL 62794.**

6. State on what date this Defendant first learned that the Plaintiff was stating, maintaining, alleging or complaining that he was being imprisoned at Robinson longer that he was supposed to be.

**ANSWER: The first time Defendant Grounds recalls learning of the allegations of Plaintiff was when he was served with the complaint in the instant matter.**

7. State how this defendant learned that the Plaintiff was stating, maintaining, alleging or complaining that he was being imprisoned at Robinson longer that he was supposed to be.

**ANSWER: The first time Defendant Grounds recalls learning of the allegations of Plaintiff was when he was served with the complaint in the instant matter.**

8. State the correct date that the Plaintiff should have been released from the Robinson Correctional Center for cases 05 CF 1661 and 05 CF 5015.

**ANSWER: Defendant does not have personal involvement in the determination of outdates and relies on the Records Office Supervisor for the facility and Chief**

Records Office Supervisor for the Illinois Department of Corrections for calculations of outdates.

9. State all of the criminal case numbers that formed the basis for Plaintiff's imprisonment in the years 2009 and 2010 in the Robinson Correctional Center.

**ANSWER: I do not personally know the criminal case numbers that formed the basis for Plaintiff's imprisonment. However, based on information provided by Michelle Littlejohn for purposes of responding to these interrogatories, Lake County Criminal Case Numbers 05CF1661 and 05CF5015 formed the basis of Plaintiff's imprisonment.**

10. State the formula used in the years 2009 and 2010 for calculating a prisoner's release date at the Robinson Correctional Center.

**ANSWER: Defendant does not have personal involvement in the determination of outdates and relies on the Records Office Supervisor for the facility and Chief Records Office Supervisor for the Illinois Department of Corrections for calculations of prisoner release dates. However, based on information provided by Michele Littlejohn, generally jail credit is subtracted from the date of sentence to arrive at a custody date. The sentence is added, less good conduct credits to the custody date.**

11. State the name of the individual or individuals responsible for calculating the Plaintiff's release date from the Robinson Correctional Center in 2010.

**ANSWER: Based on information provided by Michele Littlejohn for purposes of responding to these interrogatories, Office Administrative Specialist Michele Littlejohn who was temporarily assigned as the Executive 2/Records Office**

Supervisor in consultation with Chief Records Office Supervisor Glen Jackson were responsible for calculating Plaintiff's release date.

12. Once the Plaintiff's release date was calculated, who was the individual or individuals that determined whether the Plaintiff would be released or not on his calculated release date.

**ANSWER: Based on information provided by Michelle Littlejohn for purposes of responding to these interrogatories, Chief Records Office Supervisor Glenn Jackson, in conjunction with Illinois Department of Corrections Legal Services made the determination regarding release.**

13. State the legal authority upon which the Illinois Department of Corrections held the Plaintiff in prison or and after February 18, 2010.

**ANSWER: Defendant Grounds responds by stating he was not personally involved in the calculation of the Plaintiff's outdate and thus lacks sufficient knowledge to respond to the interrogatory in paragraph 13.**

14. State the name of the individual or individuals responsible for violating Plaintiff's parole for all dates after February 18, 2010. Please state the name of each individual for each violation.

**ANSWER: Based on information provided by Michele Littlejohn for purposes of responding to these interrogatories, Chief Records Office Supervisor Glenn Jackson in consultation with Legal Services made the decision to violate Plaintiff on February 23, 2010 and April 29, 2010.**

15. State the name of the individual or individuals that concluded to violate Plaintiff's parole after February 18, 2010. Please state the name of each individual for each violation.

**ANSWER:** See Answer to Question 14 above.

                                                RANDY GROUNDS,

                                                Defendant,

Robert L. Fanning, #6296345  
Assistant Attorney General            LISA MADIGAN, Attorney General,  
500 South Second Street              State of Illinois,  
Springfield, Illinois 62706  
Telephone: (217) 782-9014           Attorney for Defendant,  
Facsimile: (217) 782-8767  
E-Mail: rlfanning@atg.state.il.us     By: s/ Robert L. Fanning  
                                                      Robert L. Fanning, #6296345  
     Of Counsel.                                Assistant Attorney General

Case #11-3023

## ATTESTATION

RANDY GROUNDS, being first duly sworn on oath, deposes and states that he is a Defendant in the above-captioned matter that he has read the forgoing document, and the admissions made herein are true, correct and complete to the best of his knowledge and belief.

s/ Randy Grounds
RANDY GROUNDS

Subscribed and sworn to before me this 26 day of July, 2011.

s/ Barbara J. Hess
Notary Public

BARBARA J HESS
MY COMMISSION EXPIRES
NOVEMBER 18, 2013

7

## CERTIFICATE OF SERVICE

Robert L. Fanning, Assistant Attorney General, herein certifies that he has served a copy of the foregoing **Answers to Interrogatories to Defendant Randy Grounds** upon:

> Dennis J. DeCaro
> Kupets & DeCaro
> 30 North LaSalle #4020
> Chicago, Illinois 60602

by mailing a true copy thereof at the address referred to above in an envelope duly addressed bearing proper first class postage and deposited in the United States mail at Springfield, Illinois on July 26, 2011.

s/ Robert L. Fanning
Robert L. Fanning
Assistant Attorney General

HDR/2L01KEY38      11770
ATN/M LITTLEJOHN/PRE

**************** CRIMINAL HISTORY RECORD ***********************
Data As Of       2010-02-22
***************************** Introduction ******************************
This rap sheet was produced in response to the following request:
State Id Number   GA1335697L ()
Request Id        11770
Purpose Code      C
Attention         M LITTLEJOHN/PRE
The information in this rap sheet is subject to the following caveats:
This record is based only on the SID number in your request-GA1335697L.
Because additions or deletions may be made at any time, a new copy
should be requested when needed for subsequent use. (US; 2010-02-22)
All arrest entries contained in this FBI record are based on
fingerprint comparisons and pertain to the same individual. (US;
2010-02-22)
The use of this record is regulated by law. It is provided for official
use only and may be used only for the purpose requested. (US;
2010-02-22)
*************************** IDENTIFICATION *****************************
Subject Name(s)
ARMATO, DAVID C
ARMATO, DAVID  (AKA)
ARMATO, DAVID CHRISTOPHER  (AKA)
ARMATO, PHILIP  (AKA)
MARTELLO, CHRIS  (AKA)
THOMAS, MIKE  (AKA)
TYLER, GEORGE  (AKA)
TYLER, GEORGE F  (AKA)
TYLOR, GEORGE  (AKA)
Subject Description
FBI Number         State Id Number
912664AA5          CA07881090 (CA)
                   GA1335697L (GA)
Social Security Number
329723493
Sex         Race
Male        White
Height      Weight         Date of Birth
'00"        160            1965-04-03
                           1965-04-03
                           1965-04-17
                           1965-04-07
                           1965-06-05
                           1962-06-12
Hair Color   Eye Color     Fingerprint Pattern
rown         Brown         DO5804DO202054111715 (FPC)
             DO5804DO202054111715 (FPC)
Scars, Marks, and Tattoos
de                Description, Comments, and Images
T R ARM           , TATTOO ON RIGHT ARM
T FHD             , TATTOO ON FOREHEAD
T L ARM           , TATTOO ON LEFT ARM
ce of Birth       Citizenship
                  US
gerprint Images
oto Images
oto Image Available  POLICE DEPARTMENT VERNON HILLS IL0492600
ilable Image         Other


EXHIBIT N

000847

(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 2005/05/09)
Photo Image Available        POLICE DEPARTMENT VERNON HILLS IL0492600
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 2005/05/09)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1988/03/06)
Photo Image Available        POLICE DEPARTMENT PARK RIDGE IL0168900
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1986/12/16)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1986/03/07)
Photo Image Available        POLICE DEPARTMENT SKOKIE IL0164A00
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1985/12/17)
Photo Image Available        POLICE DEPARTMENT DES PLAINES IL0162500
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1985/10/16)
Photo Image Available        CO SHER-PD COMM CTR DES PLAINES IL0160000
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1985/10/12)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
(No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1985/07/19)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1984/10/10)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
No Photo Image Transmitted
Comment:Arresting agency has photo associated
with arrest date of 1983/10/03)
Photo Image Available        POLICE DEPARTMENT CHICAGO ILCPD0000
Available Image        Other
o Photo Image Transmitted
mment:Arresting agency has photo associated
with arrest date of 1983/05/17)

*********************** CRIMINAL HISTORY ***************************
============================ Cycle 001 =================================
rliest Event Date    1983-05-17
----------------------------------------------------------------
est Date            1983-05-17
est Case Number     673443
esting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO

000848

```
      Charge            01
         Charge Literal  CRIMINAL DAMAGE TO PR0PERTY
            Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
         Severity  Unknown
         Disposition  (Other 1983-07-28; FORFEIT BAIL-BFW)
============================== Cycle 002 ==============================
   Earliest Event Date    1983-10-03
------------------------------------------------------
   Arrest Date            1983-10-03
   Arrest Case Number     673443
   Arresting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO
   Charge            01
      Charge Literal  MURDER
         Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
      Severity  Unknown
      Disposition  (Other 1995-08-08; NO FORMAL CHARGE-REL WI/0UT
         CHRG)
============================== Cycle 003 ==============================
   Earliest Event Date    1984-10-10
------------------------------------------------------
   Arrest Date            1984-10-10
   Arrest Case Number     673443
   Arresting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO
   Charge            01
      Charge Literal  PR0STITUTI0N
         Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
      Severity  Unknown
============================== Cycle 004 ==============================
   Earliest Event Date    1985-07-19
------------------------------------------------------
   Arrest Date            1985-07-19
   Arrest Case Number     673443
   Arresting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO
   Charge            01
      Charge Literal  AGG CRM SEX ASSAULT
         Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
      Severity  Unknown
============================== Cycle 005 ==============================
  Earliest Event Date    1985-10-12
------------------------------------------------------
  Arrest Date            1985-10-12
  Arrest Case Number     CR350357
  Arresting Agency       IL0160000 CO SHER-PD COMM CTR DES PLAINES
  Subject's Name         ARMATO,DAVID CHRISTOPHER
  Charge            01
     Charge Literal  BURGLARY
        Agency  IL0160000 CO SHER-PD COMM CTR DES PLAINES
     Severity  Unknown
============================== Cycle 006 ==============================
 Earliest Event Date    1985-10-16
------------------------------------------------------
 Arrest Date            1985-10-16
 Arrest Case Number     A-11197
 Arresting Agency       IL0162500 POLICE DEPARTMENT DES PLAINES
 Subject's Name         ARMATO,DAVID CHRISTOPHER
 Charge            01
    Charge Literal  BURGLARY
       Agency  IL0162500 POLICE DEPARTMENT DES PLAINES
    Severity  Unknown
============================== Cycle 007 ==============================
Earliest Event Date    1985-12-17
------------------------------------------------------
Arrest Date            1985-12-17
Arrest Case Number     85-34610
Arresting Agency       IL0164A00 POLICE DEPARTMENT SKOKIE
```

000849

```
        Charge               01
          Charge Literal  ATTEMPT THEFT
            Agency  IL0164A00 POLICE DEPARTMENT SKOKIE
          Severity  Unknown
===================================== Cycle 008 =============================
  Earliest Event Date    1986-03-07
-----------------------------------------------------
  Arrest Date            1986-03-07
  Arrest Case Number     673443
  Arresting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO
  Charge                 01
        Charge Literal  BURGLARY
            Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
          Severity  Unknown
-----------------------------------------------------
  Court Disposition      (Cycle 008)
  Court Disposition Date  1986-04-17
  Court Agency           Unknown
  Charge                 01
        Charge Literal  BURGLARY
          Severity  Unknown
          Disposition (Other 1986-04-17;  PG/FG 30M FELONY PROBATION)
===================================== Cycle 009 =============================
  Earliest Event Date    1986-12-16
-----------------------------------------------------
  Arrest Date            1986-12-16
  Arrest Case Number     C-4971
  Arresting Agency       IL0168900 POLICE DEPARTMENT PARK RIDGE
  Subject's Name         ARMATO,DAVID
  Charge                 01
        Charge Literal  THEFT
            Agency  IL0168900 POLICE DEPARTMENT PARK RIDGE
          Severity  Unknown
===================================== Cycle 010 =============================
  Earliest Event Date    1988-03-06
-----------------------------------------------------
  Arrest Date            1988-03-06
  Arrest Case Number     673443
  Arresting Agency       ILCPD0000 POLICE DEPARTMENT CHICAGO
  Subject's Name         ARMATO,PHILIP
  Charge                 01
        Charge Literal  RES BURGLARY
            Agency  ILCPD0000 POLICE DEPARTMENT CHICAGO
          Severity  Unknown
===================================== Cycle 011 =============================
  Earliest Event Date    1989-05-05
-----------------------------------------------------
  Arrest Date            1989-05-05
  Arrest Case Number     N91995
  Arresting Agency       IL099015C RECPT/CLASS CORR CTR JOLIET
  Subject's Name         ARMATO,DAVID
  Charge                 01
        Charge Literal  BURGLARY-2
            Agency  IL099015C RECPT/CLASS CORR CTR JOLIET
          Severity  Unknown
-----------------------------------------------------
  Court Disposition      (Cycle 011)
  Court Disposition Date  1998-07-14(Date reflects date of last update in
                            IAFIS)
  Court Agency           Unknown
  Charge                 01
        Charge Literal  BURGLARY-2
          Severity  Unknown
          Disposition (Unknown 1998-07-14(Date reflects date of last
```

000850

```
================================== Cycle 012 ==================================
Earliest Event Date     1992-02-14
--------------------------------------------------------
Arrest Date             1992-02-14
Arrest Case Number      N91-995
Arresting Agency        IL099015C RECPT/CLASS CORR CTR JOLIET
Subject's Name          ARMATO,DAVID
Charge                  01
    Charge Literal  AGGR CRIM SEXUAL ASSLT
       Agency  IL099015C RECPT/CLASS CORR CTR JOLIET
       Severity  Unknown
--------------------------------------------------------
Court Disposition       (Cycle 012)
Court Disposition Date       1992-05-05(Date reflects date of last update in
                     IAFIS)
Court Agency            Unknown
Charge                  01
    Charge Literal  AGGR CRIM SEXUAL ASSLT
       Severity  Unknown
       Disposition  (Unknown 1992-05-05(Date reflects date of last
            update in IAFIS); 30 YS)
            (Unknown 2001-11-06(Date reflects date of last
            update in IAFIS); MSR 10-19-01)
================================== Cycle 013 ==================================
Earliest Event Date     1995-03-17
--------------------------------------------------------
Arrest Date             1995-03-17
Arrest Case Number      N91995
Arresting Agency        IL099015C RECPT/CLASS CORR CTR JOLIET
Subject's Name          ARMATO,DAVID
Charge                  01
    Charge Literal  AGGR CRIM SEXUAL ASLT
       Agency  IL099015C RECPT/CLASS CORR CTR JOLIET
       Severity  Unknown
--------------------------------------------------------
Court Disposition       (Cycle 013)
Court Disposition Date       1995-06-15(Date reflects date of last update in
                     IAFIS)
Court Agency            Unknown
Charge                  01
    Charge Literal  AGGR CRIM SEXUAL ASLT
       Severity  Unknown
       Disposition  (Unknown 1995-06-15(Date reflects date of last
            update in IAFIS); 12 YRS)
================================== Cycle 014 ==================================
Earliest Event Date     2005-05-09
--------------------------------------------------------
Arrest Date             2005-05-09
Arrest Case Number      027204
Arresting Agency        IL0492600 POLICE DEPARTMENT VERNON HILLS
Charge                  01
    Charge Literal  THEFT
       Agency  IL0492600 POLICE DEPARTMENT VERNON HILLS
       Severity  Unknown
================================== Cycle 015 ==================================
Earliest Event Date     2005-05-09
--------------------------------------------------------
```

IL017015C

```
Arrest Date          2005-05-09
Arrest Case Number   027208
Arresting Agency     IL0492600 POLICE DEPARTMENT VERNON HILLS
Charge               01
    Charge Literal   TELEPHONE HARASSMENT
        Agency       IL0492600 POLICE DEPARTMENT VERNON HILLS
        Severity     Unknown
```

================================ Cycle 016 ================================

```
Earliest Event Date   2006-03-09

Arrest Date           2006-03-09
Arrest Case Number
Arresting Agency      IL099035C STATEVILLE CORR CTR JOLIET
Subject's Name        ARMATO,DAVID
Charge                01
    Charge Literal    THEFT
        Agency        IL099035C STATEVILLE CORR CTR JOLIET
        Severity      Unknown

Court Disposition      (Cycle 016)
Court Disposition Date 2007-03-19 (Date reflects date of last update in IAFIS)
Court Agency           Unknown
Charge                 01
    Charge Literal     THEFT
        Severity       Unknown
        Disposition    (Unknown 2007-03-19(Date reflects date of last
                       update in IAFIS); 10 YEARS)
                       (Unknown 2009-12-15(Date reflects date of last
                       update in IAFIS); MSR 11-09-09)
```

******************** INDEX OF AGENCIES ********************

```
Agency     FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
Address
           1000 CUSTER HOLLOW RD
           CLARKSBURG, WV 26306
```

```
Agency     POLICE DEPARTMENT CHICAGO; ILCPD0000;
Address
           RECORDS DIVISION 3510 S MICHIGAN AVE
           CHICAGO, IL 606531020
```

```
Agency     CO SHER-PD COMM CTR DES PLAINES; IL0160000;
Address
           9511 W HARRISON
           DES PLAINES, IL 60016
```

```
Agency     POLICE DEPARTMENT DES PLAINES; IL0162500;
Address
           1418 MINER ST
           DES PLAINES, IL 600164499
```

```
Agency     POLICE DEPARTMENT SKOKIE; IL0164A00;
Address
           8350 NORTH LARAMIE
           SKOKIE, IL 600772491
```

```
Agency     POLICE DEPARTMENT PARK RIDGE; IL0168900;
Address
           200 S VINE AVE
           PARK RIDGE, IL 600684173
```

000852

| Agency Address | RECEIVING CLASS CORR CTR JOLIET; IL099015C; |
|---|---|
| | PO BOX 515<br>JOLIET, IL 604340515 |
| Agency Address | POLICE DEPARTMENT VERNON HILLS; IL0492600; |
| | 754 S LAKEVIEW PKWY<br>VERNON HILLS, IL 600611834 |
| Agency Address | STATEVILLE CORR CTR JOLIET; IL099035C; |
| | RT 53 PO BOX 112<br>JOLIET, IL 604340112 |

* * * END OF RECORD * * *

**ILLINOIS DEPARTMENT OF CORRECTIONS**
# Parole Violation Report

2/2

## Section A: Violation Details

Offender: David Armato                            Alias: _____                    ID#: N91995

Parent Facility: STATEVILLE NRC _____ County of Violation: _____    Date of Birth: 04/03/1965

Program released to: PAROLE _____    Level of Supervision: _____

Gender: ☒ Male  ☐ Female    Race: ☒ Caucasian  ☐ African American  ☐ Asian  ☐ Hispanic  ☐ Native American  ☐ Other ___

FBI#: 912664AA5 _____    I.R.#: 673443 _____    CCJ#: _____

Release Date: 02/23/2010        Sentence Exp. Date: 08/23/2010        Violation Date: 02/23/2010

Custody Facility: STATEVILLE NRC _____        Custody Date: 02/23/2010

Offense(s): FTC-RULE #16 FAILURE TO PROVIDE A HOST SITE FOR ED.

IDOC Warrant #: VG100085776 _____        Date Warrant Issued: 02/23/2010

Parolee DAVIS ARMATO is currently on parole for the following offenses (list all mittimus offenses) THEFT, CONTROL, INTENT $300<10K and was incarcerated from 02/23/2005 to PRESENT. The most recent parole violation(s) for which this warrant was issued/is being requested follows (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information): OFFENDER IS IN VIOLATION OF THE RULE #16 IN THAT HE IS MANDATED BY THE PRISONER REVIEW BOARD TO BE SUPERVISED ON ELECTRONIC MONITORING. THIS AGENCY ATTEMPTED TO PLACE THE OFFENDER AT (ALL) PLACES WITH FAMILY AND /OR FRIENDS IN THE COMMUNITY AND NO SUITABLE HOST SITE WAS FOUND TO SUPERVISE THE OFFENDER ON ELELCTRONIC MONITORING. THIS AGENCY ATTEMPTED TO PLACE THE OFFENDER AT (ALL) PLACES THAT THE ILLINOIS DEPARTMENT OF CORECTIONS WOULD PAY FOR AND THE PAID PLACEMENTS FOR ANY NUMBER OF REASONS COULD NOT ACCEPT THE OFFENDER. THE OFFENDER IS UNABLE TO FULFILL THE MANDATE BY ELECTRONIC MONITORING PLACE BY THE PRISONER REVIEW BOARD.

List all Arrests or Alleged Parole/Mandatory Supervised Release Violations or sanctions and the date of occurrence other than those in the above section (include date, time, place and description of the violation; description and method of weapons used; identity and injury to victim(s); arrest date and arresting agency; criminal charges; and custody/court/bond information): N/A

Answer the following questions only if the offender has absconded:

Is this an instant absconder? ☒ No  ☐ Yes        Offender has been an absconder since (support in your narrative):

Did the offender make any contacts to AMS while an absconder? ☒ No  ☐ Yes        If yes, dates of contacts:

**Community Adjustment:**

Answer the following questions or provide the required information for all parolees.

Prior mittimus offense(s) and conviction date(s): N/A

Offender currently resides with: (Include description of others living with the parolee, such as wife, children, girlfriend, parents. It is mandatory to list any children under 18 living in the home, age, and the relationship of the parolee to those children.) N/A

Where was the offender's approved host site?        Can the offender return to this host site? ☒ No  ☐ Yes

If no, state why and also what other host site options does the offender have?

Offender was employed at time of arrest/alleged violation with:        for        week(s)        month(s)        year(s).

Did the offender attend school at time of arrest/alleged violation? ☐ No  ☐ Yes    If yes, level of education:

Special conditions for substance abuse and/or mental health and/or other programming by PRB or MSR Rule 15 (List each special condition, MSR Rule 15, referrals provided and date, and follow-up by agent. Specify the name and type of treatment program, where it was provided, if they had been attending regularly and if there were any progress reports - attach reports):

Current and prior housing, substance abuse and/or mental health issues (include incarceration information if available):

Does parolee have:

State ID    ☐ Yes  ☐ No  ☐ Unknown        Driver's License    ☐ Yes  ☐ No  ☐ Unknown

EXHIBIT O

Distribution: Offender; Releasing Authority; Offender's Case File;
Parent Field Services Representative; AMS;
Hearing Officer; If FOS, Interstate Compact

Page 1

*Printed on Recycled Paper*

DOC 0071 (Rev 04/2007)

000787